UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ULTIMO GLOBAL HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:22-cv-01578-JPH-MG |
| | ) |
| SCOTT NEWCOMER, | ) |
| AMY NEWCOMER, | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mario Garcia has entered a Report and Recommendation, dkt. 46, recommending that the Court grant in part the Defendants' Motion to Enforce the Settlement Agreement, dkt. 38. Judge Garcia also recommended that this Court declare that the Terms Sheet entered into the record on December 22, 2022 was entered into knowingly and voluntarily, is sufficiently definite, and fully enforceable. *Id.* Judge Garcia further recommended that this court declare that the parties' subsequent writings are unenforceable and immaterial to settlement. *Id.*

The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation, dkt. [46] in its entirety. The Court **GRANTS** in part Defendants' Motion to Enforce Settlement Agreement, dkt. [38]. The parties shall have through September 13, 2023 to file for dismissal of this case.

1

**SO ORDERED.**

Date: 9/6/2023

                                                *James Patrick Hanlon*
                                                James Patrick Hanlon
                                                United States District Judge
                                                Southern District of Indiana

Distribution:

All electronically registered counsel